UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**Bohdan Taras Zacharyj**

Case No. 09-80648
Chapter 7

Soc.Sec.No.: xxx-xx-1650
Mailing Address:    559 Hammett Drive,   , Decatur,
30032-

Debtor.

## NOTICE OF WITHDRAWAL OF MOTION TO USE INTERROGATORIES

**NOW COMES** the Debtor, by and through counsel undersigned, who hereby withdraws the Debtor's motion to use interrogatories.

Dated: October 29, 2009.

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s Edward Boltz

Edward Boltz
6616-203 Six Forks Road
Raleigh, NC 27615
Tel. No.: (919) 847-9750

**CERTIFICATE OF SERVICE**

I, Renee Nolte, of the Law Offices of John T. Orcutt, P.C., do hereby certify, under penalty of perjury, that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on October 29, 2009, I served copies of the foregoing **Notice of Withdrawal of Motion to use Interrogatories**, by electronic noticing, upon the following parties:


John Northen
Chapter 7 Trustee
Post Office Box 2208
Chapel Hill, NC 27514-2208

and by regular U.S. Mail, upon the following parties:

Bohdan Taras Zacharyj
559 Hammett Drive
Decatur,   30032-

/s Renee Nolte
_____
Renee Nolte


confirwd.wpt (5/14/09)