UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:
Bohdan Taras Zacharyj

Soc Sec No.: xxx-xx-1650
Address: 559 Hammett Drive, Decatur, GA 30032-

Case No. 09-80648
Chapter 7

Debtor

## INTERROGATORIES

**NOW** COMES the Debtor Bohdan Taras Zacharyj, who answers the following Interrogatories pursuant to an Order of the Court:

1. What is your permanent mailing address

    Answer: See address in caption above.

2. Who is your present employer?

    Answer: LA Fitness

3. Did you review the information contained in the Petition and Schedules prepared in your bankruptcy case?

    Answer: Yes

4. Is all the information contained in the Petition and Schedules prepared in your case true and correct as of the date for filing your case with the Bankruptcy Court?

    Answer: Yes

5. Do the schedules prepared on your behalf contain a listing of all of your debts?

    Answer: Yes

6. Do the schedules prepared on your behalf contain a complete list of your assets?

    Answer: Yes

7. Is anyone holding any of your property?

Answer:   No, unless otherwise indicated in the schedules filed in this case.

8.  Does anyone owe you anything that can be collected?

    Answer:   No, unless otherwise indicated in the schedules filed in this case.

9.  Have you made any transfers of property within the 12 months before your case was filed?

    Answer:   No, unless otherwise indicated in the schedules filed in this case.

10. Do you own any real property (which means vacant land or land with buildings on it) ?

    Answer:   No, other than any property listed in Schedule A filed in this case.

11. Have you owned any real property within the 12 months before the filing date of your case?

    Answer:   No, other than as referenced in Schedule A or the Statement of Financial Affairs.

12. Are you entitled to receive anything from any deceased person's estate, or from any life insurance policy?

    Answer:   No

13. Do you understand that if anyone should die within six months of the date your case is filed with the Bankruptcy Court, and you receive or become entitled to receive anything from that deceased person's estate, or under any life insurance policy, you must notify the Trustee immediately?

    Answer:   Yes

14. Are you currently a party to any sort of divorce or separation proceeding?

    Answer:   No

15. Do you understand that if you should enter into any sort of property settlement with your spouse, whether or not a divorce is involved, within six months of the date your case is filed with the Bankruptcy Court, you must notify the Trustee immediately?

    Answer:   Yes

16. What is the reason that you cannot attend the § 341 Meeting of Creditors?
    Answer:   Client has moved to Georgia

                                            /s Bohdan Taras Zacharyj
                                            Bohdan Taras Zacharyj

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:
Bohdan Taras Zacharyj

Case No. 09-80648
Chapter 7

Soc Sec No.: xxx-xx-1650
Address: 559 Hammett Drive, Decatur, GA 30032-

_____ Debtor

## NOTARIZATION INTERROGATORIES
## AND
## AFFIDAVIT OF IDENTIFICATION

On this the __10__ day of __August__, 200_9_, Bohdan Taras Zacharyj personally appeared before me and identified himself by presentation of his Driver's License (A photocopy of which is attached hereto), provided proof of his Social Security number by presentation of Social Security Card (A photocopy of which is attached hereto), and swore to and subscribed before me to the above Interrogatories.

_____
Notary Public

My commission expires: __4/7/12__

**Notary:** Please affix your SEAL here.

[Notary Seal: KORY DUETTA, NOTARY PUBLIC, COBB COUNTY, GEORGIA, MY COMMISSION EXPIRES APRIL 7, 2012]

